UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| STEVEN SZCZYGIEL | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-311-JD |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
|     Defendant. | ) | |

**OPINION AND ORDER**

This matter is before the Court on plaintiff's motion for an award of attorney fees under the EAJA [DE 20], following the remand of this action to the Commissioner. The motion seeks an award of $9,245.66. The parties have stipulated to an award of $8,700.00. [DE 21].

The EAJA provides that "a court may award reasonable fees and expenses of attorneys . . . to the prevailing party in any civil action brought by or against the United States or any agency." 28 U.S.C. § 2412(b). A party seeking an award of fees for a successful action against the government is entitled to recover its attorneys' fees if: (1) the party was a prevailing party; (2) the government's position was not substantially justified; (3) there are no special circumstances that would make an award unjust; and (4) the application for fees is timely filed with the district court (that is, within thirty days after the judgment is final and not appealable). 28 U.S.C. § 2412(d)(1)(A), (B) and (d)(2)(G); *Cunningham v. Barnhart*, 440 F.3d 862, 863 (7th Cir. 2006); *Golembiewski v. Barnhart*, 382 F.3d 721, 723–24 (7th Cir. 2004).

Given the parties' agreement, the Court GRANTS the stipulation [DE 21], and AWARDS the plaintiff an EAJA fee in the amount of **$8,700.00**. This award may be offset to satisfy any pre-existing debt the plaintiff may owe to the United States. However, any portion of

1

this award that is not used to offset a pre-existing debt of the plaintiff to the government should be made payable directly to the plaintiff's counsel pursuant to the EAJA assignment executed by the plaintiff. [DE 20-2 at 1]; *see Mathews-Sheets v. Astrue,* 653 F.3d 560, 565 (7th Cir. 2011).

SO ORDERED.

ENTERED:  October 7, 2020

/s/ JON E. DEGUILIO
Chief Judge
United States District Court